AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>JORGE ROSALES<br><br>_____<br>*Defendant(s)* | )<br>)<br>)  Case No.  3:21-mj-00093<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____See Attachment A_____ in the county of _____Washington_____ in the _____ District of _____Oregon_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a), 2 | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2) | Distributing Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |
| 18 U.S.C. § 2422(b) | Online Enticement of a Minor |
| | |
| | As more fully described in Attachment A |

This criminal complaint is based on these facts:

See the attached affidavit of Homeland Security Investigations Special Agent Clinton Lindsly.

☑ Continued on the attached sheet.

_____
(By telephone)
*Complainant's signature*

Clinton Lindsly, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at _3:32_ a.m./p.m.

Date: _April 19, 2021_    _____
*Judge's signature*

City and state: _____Portland, Oregon_____    Honorable John V. Acosta, U.S. Magistrate Judge
*Printed name and title*