ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 26 APR '21 10:58USDC-ORP

United States of America
v.
JORGE ROSALES

Defendant

Case No. 3:21-mj-00093

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JORGE ROSALES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Sexual Exploitation of Children
Distributing Child Pornography
Possessing Child Pornography
Cyberstalking
Online Enticement of a Minor

Date: April 29, 2021

*Issuing officer's signature*

City and state:   Portland, Oregon

Honorable John V. Acosta, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/21/21, and the person was arrested on *(date)* _____
at *(city and state)* _____

DATE 4/21/21
ARRESTED BY HSI

Date:

U.S. MARSHAL
BY

*Arresting officer's signature*

*Printed name and title*