FILED 19 MAY '21 16:39 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:21-cr-00172-MO |
| v. | INDICTMENT |
| JORGE ROSALES, | 18 U.S.C. §§ 2251(a) and (e) and 2 |
| Defendant. | 18 U.S.C. § 2252A(a)(2) |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| | 18 U.S.C. § 2261A(2)(B) |
| | 18 U.S.C. § 2422(b) |
| | Forfeiture Allegations |

THE GRAND JURY CHARGES

Count 1
(Sexual Exploitation of Children)
(18 U.S.C. §§ 2251(a) and (2))

On or about March 22, 2019, in the District of Oregon and elsewhere, defendant **JORGE ROSALES** knowingly used, persuaded, induced, enticed, and coerced Minor Victim 1, a person under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or transmitting a live visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and such visual depiction having actually been transported or

transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## Count 2
### (Sexual Exploitation of Children)
### (18 U.S.C. §§ 2251(a) and (2))

On or about December 12, 2019, in the District of Oregon and elsewhere, defendant **JORGE ROSALES** knowingly used, persuaded, induced, enticed, and coerced Minor Victim 1, a person under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct or transmitting a live visual depiction of such conduct, knowing or having reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, and such visual depiction having actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## Count 3
### (Receiving Child Pornography)
### (18 U.S.C. § 2252A(a)(2))

On or about March 22, 2019, in the District of Oregon, defendant **JORGE ROSALES** knowingly received child pornography using any means or facility of interstate or foreign commerce, or that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

### Count 4
### (Receiving Child Pornography)
### (18 U.S.C. § 2252A(a)(2))

On or about December 12, 2019, in the District of Oregon, defendant **JORGE ROSALES** knowingly received child pornography using any means or facility of interstate or foreign commerce, or that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2).

### Count 5
### (Online Enticement of a Minor)
### (18 U.S.C. § 2422(b))

Beginning on or about March 11, 2018, and continuing to on or about June 16, 2020, in the District of Oregon and elsewhere, defendant **JORGE ROSALES**, using a facility or means of interstate or foreign commerce, namely the internet, knowingly persuaded, induced, enticed, and coerced Minor Victim 1, a person who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

### Count 6
### (Cyberstalking)
### (18 U.S.C. § 2261A(2)(B))

Beginning on or about March 11, 2018, and continuing to on or about June 16, 2020, in the District of Oregon and elsewhere, defendant **JORGE ROSALES**, with the intent to harass and intimidate, used an interactive computer service, electronic communication service, or other facility of interstate or foreign commerce to engage in a course of conduct

that caused, attempted to cause, or would reasonably be expected to cause substantial emotional distress to Minor Victim 1.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## Count 7
### (Distribution of Child Pornography)
### (18 U.S.C. § 2252A(a)(2))

On or about February 24, 2020, in the District of Oregon, defendant **JORGE ROSALES** knowingly and unlawfully distributed child pornography using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## Count 8
### (Distribution of Child Pornography)
### (18 U.S.C. § 2252A(a)(2))

On or about June 3, 2020, in the District of Oregon, defendant **JORGE ROSALES** knowingly and unlawfully distributed child pornography using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## Count 9
### (Distribution of Child Pornography)
### (18 U.S.C. § 2252A(a)(2))

On or about November 26, 2020, in the District of Oregon, defendant **JORGE ROSALES** knowingly and unlawfully distributed child pornography using any means or facility of interstate or foreign commerce.

In violation of Title 18, United States Code, Section 2252A(a)(2).

### Count 10
### (Possession of Child Pornography)
### (18 U.S.C. § 2252A(a)(5)(B))

On or about August 13, 2020, in Washington County, in the District of Oregon, defendant **JORGE ROSALES** knowingly and unlawfully possessed material containing child pornography that had been shipped or transported using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

### First Forfeiture Allegation

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense described above in Counts 1-4 and 7-10 of this indictment, defendant **JORGE ROSALES** shall forfeit to the United States any and all matter that contains visual depictions of minors engaging in sexually explicit conduct, any and all property that was used or was intended to be used in any manner or part to commit or promote the commission of the violations alleged in those counts, or any property, real or personal, constituting or traceable to proceeds of those offenses.

### Second Forfeiture Allegation

Pursuant to Title 18, United States Code, Section 2428, upon conviction of the offense alleged in Count 5 of this indictment, defendant **JORGE ROSALES** shall forfeit to the United States all property, real or personal, that was used or was intended to be used to commit or to facilitate the commission of that offense, and any property, real or personal,

constituting or derived from any proceeds obtained directly or indirectly from the commission of that offense.

DATED: May  18 , 2021.                              A TRUE BILL.

███████████████████████
OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN
Assistant United States Attorney