Francesca Freccero, OSB #96287
Office of the Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
francesca_freccero@fd.org

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:21-cr-00172-MO-1 |
| Plaintiff, | |
| v. | DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE |
| JORGE ROSALES, | |
| Defendant. | |

Defendant Jorge Rosales, through his attorney, Francesca Freccero, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for November 30, 2021, for a period of approximately 120 days to March 29, 2022, or a date thereafter convenient to the Court. This motion is made based on the need for time to further investigate the case, conduct research, and consult with Mr. Rosales and the government regarding his case.

Page 1     DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE

The defense did not have discovery materials at the time of the first motion to continue trial; the government has since provided discovery but not all of it has been reviewed by Mr. Rosales, because, in all the time that Mr. Rosales has been in custody at FDC Sheridan, professional visits have been available only during approximately two weeks because of the intermittent lockdowns because of COVID19.  Mr. Rosales was moved to FDC Sheridan from the Multnomah County jail shortly after his first motion to continue the jury-trial date.  Accordingly, more time than is typical is required to permit Mr. Rosales to visit with his defense team at the prison.

Assistant United States Attorney Gary Sussman has no objection to the requested continuance.

Mr. Rosales previously waived time for trial.  Undersigned counsel specifically discussed the instant motion with Mr. Rosales, and he requests the postponement.  If this matter is continued, the time between the current trial date and March 29, 2022, will be excludable delay pursuant to Title l8, United States Code, Section 3161(h)(7)(A).  The ends of justice served by granting this motion outweigh the best interests of the public and Mr. Rosales in a speedy trial because the additional time is necessary to afford Mr. Rosales the opportunity to review discovery, investigate the case, conduct research, consult with counsel, and otherwise prepare his defense.

As noted above, Mr. Rosales acknowledges his right to a speedy trial under the Speedy Trial Act and agrees that this motion will result in excludable delay under the Act.

Respectfully submitted on November 10, 2021.

        */s/ Francesca Freccero*
        Francesca Freccero
        Attorney for Defendant